IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAVORRIS RASHAD REDDING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:17-CV-176(MTT) |
| ) | |
| Warden GREGORY MCLAUGHLIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After screening the Plaintiff's complaint, United States Magistrate Judge Thomas Q. Langstaff ordered the Eighth Amendment claims against Defendants Blakely, Jenkins, Burroughs, Moore, Pope, Sales, Mosley, Williams, and Grace go forward and recommends dismissing Defendants McLaughlin, Bond, and Mango. Doc. 9. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 9) is **ADOPTED** and made the order of the Court. Accordingly, Defendants McLaughlin, Bond, and Mango are **DISMISSED without prejudice** as defendants in this action.

Also, when the Plaintiff recast his complaint as ordered by the Magistrate Judge (Doc. 5), he added "Clarence Johnson, Officer" as a Defendant. Doc. 6 at 1, 4. The Plaintiff's claims against Johnson should go forward for factual development for the same reasons as the Magistrate Judge explained the claims against Defendant Moore should proceed. *See id.* at 8 (describing Moore and Johnson as violating the Plaintiff's

Eighth Amendment rights together); see Doc. 9 at 6 (the Magistrate Judge concluding that, "[l]iberally construed and taken as true," the Plaintiff's allegations against Moore are sufficient to withstand screening).  Accordingly, it is **ORDERED** that service be made on Defendant Clarence Johnson and that he file an Answer or such other response as may be appropriate under Rule 12, 28 U.S.C. § 1915, and the Prison Litigation Reform Act.

**SO ORDERED**, this 8th day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT